UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DIONTAE JOHAN DUNCAN,

    Petitioner,

vs.

SALINAS VALLEY STATE PRISON,

    Respondent.

No. C 11-1341 PJH (PR)

**ORDER EXTENDING TIME TO PROVIDE PROPER APPLICATION TO PROCEED IN FORMA PAUPERIS**

This is a habeas case filed pro se by a state prisoner. In his application to proceed in forma pauperis ("IFP"), plaintiff contends that his income is $600,000 a year net; that he receives $57,000 a month in rent payments; that his spouse, whose name he says is "April January," works for General Motors in Detroit and nets $30,000 a month out of $2400 a month gross income; and that he has $36,000,000 in the bank. And page five of the application, the "Certificate of Funds in Prisoner's Account," shows an average income over the last six months of $50,000 a month and an average balance over the same period of $346,000. It purports to be signed by Richard W. Wieking, the clerk of this court. These allegations obviously are false, whether out of frivolity or delusion.

Plaintiff may file a new application, properly completed, within thirty days of the date this order is entered. He should consider trying to obtain help in completing the application, perhaps from the law library at his facility or from other inmates. If no proper application is filed within the time allowed, or if an application is filed but still does not provide the necessary accurate information, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: July 5, 2011.

                    PHYLLIS J. HAMILTON
                    United States District Judge

P:\PRO-SE\PJH\HC.11\DUNCAN1341.EXT-IFP.wpd